UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DANDRY | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 07-5939 |
| | * | |
| VERSUS | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE JUDGE: DANIEL E. KNOWLES, III |
| | * | |
| Defendant. | * | |
| | * | SECTION: "S" (3) |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Joint Motion to Withdraw Notice of Removal and Motion to Remand, and Joint Motion to Remand;

**IT IS HEREBY ORDERED** that the Joint Motions be and hereby are **GRANTED** and that Allstate Insurance Company's Notice of Removal, and the plaintiff's Motion to Remand, are hereby withdrawn.

**IT IS FURTHER ORDERED** that this action is remanded to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, for all further proceedings.

New Orleans, Louisiana, this ___20th___ day of ___November___, 2007.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.

_____
COUNSEL